# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| KENNETH KERRIVAN and KAREN BOERSMA,<br><br>            Plaintiffs,<br><br>v.<br><br>R.J. REYNOLDS TOBACCO COMPANY, *et al.*,<br><br>            Defendants. | Case No. 3:09-cv-13703-WGY-HTS |

## JOINT STIPULATION TO VOLUNTARILY DISMISS
## PLAINTIFF KAREN BOERSMA'S CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Karen Boersma and all Defendants stipulate to dismiss Ms. Boersma's claims with prejudice, each party to bear their own costs.

Dated:  June 11, 2014

Respectfully submitted,

By:   s/ Sarah R. London
Richard M. Heimann, CA Bar No. 063607
Sarah R. London, CA Bar No. 267083
Martin Quiñones, CA Bar No. 293318
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415-956-1000
Facsimile:  415-956-1008
rheimann@lchb.com
slondon@lchb.com
mquinones@lchb.com

and

936995 v1

        Kenneth S. Byrd, TN Bar No. 23541
        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
        150 Fourth Avenue North
        One Nashville Place, Suite 1650
        Nashville, TN 37219
        Telephone:  615-313-9000
        Facsimile:  615-313-9965
        kbyrd@lchb.com

*Counsel for Plaintiffs*

By:    s/ John F. Yarber
Stephanie E. Parker, FL Bar No. 0688355
John F. Yarber, FL Bar No. 0688932
JONES DAY
1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309-3053
Telephone:  404-521-3939
Facsimile:  404-581-8330
separker@jonesday.com
jyarber@jonesday.com

*Counsel for Defendant R.J. Reynolds Tobacco Company*

By:    s/ James B. Murphy
James B. Murphy, Jr., FL Bar No. 287598
SHOOK, HARDY & BACON, LLP
100 North Tampa Street, Suite 2900
Tampa, FL 33602
Telephone:  813-202-7100
Facsimile:  813-221-8837
jbmurphy@shb.com

*Counsel for Defendant Philip Morris USA Inc.*

## CERTIFICATE OF SERVICE

On June 11, 2014, I electronically filed this document through the ECF system, which will send a notice of electronic filing to all counsel of record.

A complete, duplicate copy of this document has been forwarded directly to Judge Young in Boston, MA.

                                              */s/ Sarah R. London*
                                              Sarah R. London