IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Kenneth Kerrivan,

    Plaintiff,

vs.

R.J. Reynolds Tobacco Company, individually and as successor by merger to Brown and Williamson Tobacco Corporation and The American Tobacco Company; and Philip Morris USA, Inc.,

    Defendants.

Case No. 3:09-cv-13703-WGY-JBT

**SPECIAL VERDICT FORM**

We, the jury in the above-entitled action, answer the following questions:

1. **Was Kenneth Kerrivan addicted to cigarettes containing nicotine?**

    Yes __✓__ No _____

*If your answer to Question 1 was NO, please proceed no further except to sign and date this verdict form and return it to the courtroom. If your answer to Question 1 was YES, please proceed to Question 2.*

2. **Was an addiction to cigarettes containing nicotine a legal cause of Kenneth Kerrivan's COPD?**

    Yes __✓__ No _____

*If your answer to Question 2 was NO, please proceed no further except to sign and date this verdict form and return it to the courtroom. If your answer to Question 2 was YES, please proceed to Question 3.*

3. **Please state, as to each Defendant, whether smoking cigarettes manufactured by that Defendant was a legal cause of Kenneth Kerrivan's COPD.**

   Philip Morris USA Inc.            Yes __✓__ No _____

   R.J. Reynolds Tobacco Company  Yes __✓__ No _____

*If you answered NO to Question 3 for both Defendants, please proceed no further except to sign and date this verdict form and return it to the courtroom.*

*If you answered NO to Question 3 for one, but not both, of the Defendants, you should answer no further questions for that Defendant for which you answered NO.*

*If you answered YES to Question 3 for a Defendant, you should proceed to Question 4 for that Defendant.*

4. **Please state, as to each Defendant, whether Kenneth Kerrivan justifiably relied to his detriment on statements made by that Defendant that concealed or omitted material information concerning the health effects and/or addictive nature of cigarette smoking, and if so, whether Kenneth Kerrivan's reliance was a legal cause of his COPD.**

   Philip Morris USA Inc.            Yes __✓__ No _____

   R.J. Reynolds Tobacco Company  Yes __✓__ No _____

*If you answered NO to Question 4 for both Defendants, please skip Question 5 and proceed directly to Question 6.*

*If you answered YES to Question 4 for one or both Defendant(s), please proceed to Question 5.*

5. **When were the statements on which Kenneth Kerrivan relied made?** *(Select one.)*

   a. **Before May 5, 1982.**                                                          _____

   b. **On or after May 5, 1982.**                                                    _____

   c. **Both before May 5, 1982, and on or after May 5, 1982.**        __✓__

6. Please state, as to each Defendant, whether Kenneth Kerrivan justifiably relied to his detriment on statements made in furtherance of that Defendant's agreement with other tobacco companies or entities to conceal or omit material information concerning the health effects and/or addictive nature of cigarette smoking and, if so, whether Kenneth Kerrivan's reliance was a legal cause of his COPD.

   Philip Morris USA Inc.           Yes __✓__ No _____

   R.J. Reynolds Tobacco Company    Yes __✓__ No _____

*If you answered NO to Question 6 for both Defendants, please skip Question 7 and proceed directly to Question 8.*

*If you answered YES to Question 6 for one or both Defendant(s), please proceed to Question 7.*

7. When were the statements on which Kenneth Kerrivan relied made? *(Select one.)*

   a. Before May 5, 1982.                                      _____

   b. On or after May 5, 1982.                                 _____

   c. Both before May 5, 1982, and on or after May 5, 1982.    __✓__

8. Please state the percentage of any responsibility for Kenneth Kerrivan's COPD that you charge to:

   Kenneth Kerrivan              __19__%

   Philip Morris USA Inc.        __50__%

   R.J. Reynolds Tobacco Company __31__%

                     **TOTAL MUST BE 100%**

*If you did not charge either Defendant with any percentage of responsibility, please proceed no further except to date and sign this verdict form and return it to the courtroom. If you did charge one or both Defendants with some percentage of responsibility, please proceed to Question 9.*

9. **Based upon a preponderance of the evidence, without any reduction for the amount of responsibility you charge to Kenneth Kerrivan, what amount of damages do you find, if any, with respect to the following elements:**

   (a) Kenneth Kerrivan's pain and suffering, disability, physical impairment, mental anguish, inconvenience, and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future, resulting from his COPD.

   $ __15.8 million__

*In determining the total amount of any damages, you should not make any reduction because of the responsibility you charge to Kenneth Kerrivan. The Court will enter a judgment based on your verdict and will reduce the total amount of damages by the percentage of responsibility which you charge to Kenneth Kerrivan.*

*If you answered NO to Question 4 and Question 6 for both Defendants, you should proceed no further except to sign and date the verdict form and return it to the courtroom.*

*If you answered YES to Question 4 or Question 6 for a Defendant, please proceed to Question 10 for that Defendant.*

10. **Please state, as to each Defendant below for which you answered YES to Question 4 or Question 6, whether you find by clear and convincing evidence that punitive damages are warranted against that Defendant under the circumstances of this case.**

    Philip Morris USA Inc.          Yes __✓__ No _____

    R.J. Reynolds Tobacco Company   Yes __✓__ No _____

SO SAY WE ALL, this __20th__ day of October, 2014.

_____
Foreperson signature

__RODNEY W. WALDON__
Foreperson name printed

Page 4 of 4