IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Kenneth Kerrivan,

        Plaintiff,

vs.

R.J. Reynolds Tobacco Company, individually and as successor by merger to Brown and Williamson Tobacco Corporation and The American Tobacco Company; and Philip Morris USA, Inc.,

        Defendants.

Case No. 3:09-cv-13703-WGY-JBT

## VERDICT ON PUNITIVE DAMAGES

What is the total amount of punitive damages, if any, which you find, by a preponderance of the evidence, should be assessed against each Defendant? If you elect not to assess punitive damages against a Defendant, you should enter zero (0) as the amount of punitive damages.

Philip Morris USA Inc.    $ __15.7 Million__

R.J. Reynolds Tobacco Company    $ __9.6 Million__

SO SAY WE ALL, this __22__ day of October, 2014.

_____
Foreperson signature

__RODNEY W. WALDON__
Foreperson name printed